UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   08-14692-BKC-AJC
LANETT BATTLE

MAY 14 2010

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,529.87 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: MAY 13 2010

                                      NANCY N. HERKERT
                                      CHAPTER 13 TRUSTEE

Copies to:
   LANETT BATTLE
   2330 NW 167 ST
   MIAMI GARDENS, FL 33055

   LLOYD A. BARON, ESQ.
   2825 UNIVERSITY DRIVE
   SUITE 350
   CORAL SPRINGS, FL 33065

   HOME LOAN INVESTMENT
   ONE HOME PLAZA
   WARWICK, RHODE ISLAND 02886-9762

   HOME LOAN INVESTMENT
   ONE HOME PLAZA
   WARWICK, RHODE ISLAND 02886-9762

   U.S. Trustee
   51 S. W. 1st Avenue
   Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   08-14692-BKC-AJC
LANETT BATTLE


                                                CHAPTER 13


LANETT BATTLE

2330 NW 167 ST
MIAMI GARDENS, FL 33055


LLOYD A. BARON, ESQ.
2825 UNIVERSITY DRIVE
SUITE 350
CORAL SPRINGS, FL 33065

HOME LOAN INVESTMENT           ---------$       1,029.10
ONE HOME PLAZA                          *Returned from Creditor*
WARWICK, RHODE ISLAND 02886-9762          *CR #1*


HOME LOAN INVESTMENT           ---------$         500.77
ONE HOME PLAZA                          *Returned from creditor*
WARWICK, RHODE ISLAND 02886-9762          *CR #1*


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130